# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA BUCKNER, et al., <br>     Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br>     Defendants. | CV 18-1363 DSF (Ex) <br><br><br> JUDGMENT |

The Court having dismissed for lack of prosecution,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice as to Victoria Buckner and without prejudice as to the minor, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 23, 2019

Dale S. Fischer
United States District Judge